# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2390

_____

United States of America

*Plaintiff - Appellee*

v.

Joseph A. Henderson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 9, 2018
Filed: February 14, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Joseph Henderson directly appeals the sentence the district court[1] imposed after he pled guilty to a firearm offense, pursuant to a plea agreement containing an appeal

_____

[1] The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

waiver. Counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of Henderson's sentence.

After careful review, we conclude that the appeal waiver is enforceable. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of appeal waiver is reviewed de novo). The record establishes that Henderson knowingly and voluntarily entered into the plea agreement and the appeal waiver, that the arguments on appeal fall within the scope of the waiver, and that no miscarriage of justice would result from enforcing the waiver. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). In addition, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the waiver. Accordingly, we grant counsel's motion to withdraw. The appeal is dismissed.

_____